Attachment A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

AGENCY ☐ FEPA ☐ EEOC — CHARGE NUMBER 06EMD 078-02/34 16JA500271

Rhode Island Commission for Human Rights and EEOC
State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.) Cynthia Silva
HOME TELEPHONE (Include Area Code) [redacted]

STREET ADDRESS [redacted] CITY, STATE AND ZIP CODE [redacted]
DATE OF BIRTH [redacted]

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME The Home Depot
NUMBER OF EMPLOYEES, MEMBERS 100+
TELEPHONE (Include Area Code) 401-233-4204

STREET ADDRESS 371 Putnam Pike
CITY, STATE AND ZIP CODE Smithfield, Rhode Island 02917
COUNTY Prov.

NAME Home Depot U.S.A., Inc.
TELEPHONE NUMBER (Include Area Code) 770-433-8211

STREET ADDRESS 2455 Paces Ferry Rd.; C-20
CITY, STATE AND ZIP CODE Atlanta, GA 30339
COUNTY

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 9/12/05 LATEST
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I had been employed by the above employer consecutively, and on a full-time basis, for approximately 3 months, until I was terminated, on or about September 12, 2005. I held the position of Associate, and at all times performed my duties in a satisfactory manner, exceeding the employer's legitimate expectations. At all times, except when on approved worker's compensation leave, I was able, either with or without reasonable accommodation, to perform the essential functions of my position. I suffer from certain medical impairments, including, but not limited to a medically diagnosed learning disability, characterized by dyslexia and Attention Deficit Hyperactvity Disorder (ADHD). My medical impairment(s) substantially impacted on various of my major life activities, including but not limited to my ability to read and certain cognitive functions. At the time I was discharged, the Employer was fully aware of my impairments. Moreover, on or about July 18, 2005, I suffered a work-related injury entailing a tear in the tendon sheath of my right hand and wrist, resulting in a worker's compensation leave, commencing on or about August 31, 2005. During my absence, the employer repeatedly called me, insisting I return to work. On the day I did so, I was terminated, allegedly for "falsifying a company document," my employment application. I believe that the Employer provided this false reason for my termination as a pretext to conceal its discriminatory motive, based on my dyslexia and ADHD, and its perception that I was disabled because of my work-related injury, and to retaliate against me for seeking reasonable accommodation and for filing a Workers' Compensation claim. Such conduct is in violation of the Americans With Disabilities Act, the Rhode Island Fair Employment Practices Act, and other laws.

RECEIVED SEP 26 2005 RICHR

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY (When necessary for State and Local Requirements)
Com. Exp. Sue Canning 8/13/07

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
Cynthia T Silva 9/22/05

SIGNATURE OF COMPLAINANT Cynthia T Silva

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
9/22/05 Sue Canning

Date — Charging Party (Signature)

EEOC FORM 5 (Rev. 06/92)