UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CINDY SILVA

v.                                                           CA No.  06-206

THE HOME DEPOT and
HOME DEPOT U.S.A., INC.

## ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: May 17, 2006