UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CINDY SILVA

v. CA No. 06-206

THE HOME DEPOT and
HOME DEPOT U.S.A., INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 17 , 2006