**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
2006 JUL 26 A 9:16
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CINDY SILVA,**

**Plaintiff,**

**v.**

**THE HOME DEPOT and HOME DEPOT U.S.A., INC.,**

**Defendant.**

**Civil Action No. 06-206 S-DNM**

**NOTICE OF APPEARANCE**

The undersigned counsel and law firm hereby notices their appearance on behalf of Defendant The Home Depot and Home Depot U.S.A., Inc., in the above-referenced matter.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Joseph P. McConnell (RI No. 5086)

Dated: July 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served via U.S. Mail upon counsel for plaintiff, Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903, this 25th day of July, 2006.

Joseph P. McConnell