**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CINDY SILVA,**

**Plaintiff,**

**v.**

**THE HOME DEPOT and HOME DEPOT U.S.A., INC.,**

**Defendant.**

**Civil Action No. 06-206 S-DNM**

## STIPULATION TO EXTEND TIME

Pursuant to Civil Local Rule 29(b), the parties to the above-captioned action hereby stipulate that the time for Defendant to answer or other respond to the complaint be extended to August 18, 2006. The responsive pleading is currently due on or about July 27, 2006, so this extension is less than thirty (30) days as permitted by LR Cv 29(b).

Respectfully submitted,

CINDY SILVA,

By Her Attorneys

STEPHEN T. FANNING, ESQ.
305 South Main Street
Providence, Rhode Island 02903
(401) 272-8250

Stephen T. Fanning, Esq. (RI No. 3900)

Dated: July 25. 2006

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Joseph P. McConnell (RI No. 5086)

Dated: July 25, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/31/06