**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CINDY SILVA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE HOME DEPOT and HOME DEPOT U.S.A., INC.,**<br><br>**Defendant.** | **Civil Action No. 06-206 S-DNM** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that the above-captioned action be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

CINDY SILVA,
By Her Attorney

STEPHEN T. FANNING, ESQ.
305 South Main Street
Providence, Rhode Island 02902
(401) 272-8250

___/s/ Stephen T. Fanning __________
Stephen T. Fanning, Esq. (RI No. 3900)

Dated: December 4, 2006

Respectfully submitted,

HOME DEPOT, U.S.A., INC.
By Its Attorneys

MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

__/s/ Joseph P. McConnell__________
Joseph P. McConnell (RI No. 5086)

Dated: December 4, 2006